**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted December 15, 2006
Decided December 28, 2006

*Before*

**Hon.** RICHARD A. POSNER, *Circuit Judge*

**Hon.** DIANE P. WOOD, *Circuit Judge*

**Hon.** TERENCE T. EVANS, *Circuit Judge*

No. 06-1760

| | |
|---|---|
| BOBBY A. WILLIAMS, <br>     *Plaintiff-Appellant,* <br><br> v. <br><br> EVELYN RIDLEY-TURNER, et al., <br>     *Defendants-Appellees.* | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. <br><br> No. 1:04-CV-1449-SEB-VSS <br><br> Sarah Evans Barker, *Judge.* |

**O R D E R**

After we vacated the dismissal of, and remanded this prisoner's civil rights suit, the defendants moved for summary judgment, which the district court granted in a careful opinion. The plaintiff has again appealed. We find no error in the district court's decision, and therefore, affirm the judgment on the basis of the analysis in the district court's opinion.

AFFIRMED.